**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IRONWORKERS LOCAL 397 PENSION**
**FUND, et al.,**

      **Plaintiff,**

**v.**                                                                  **Case No.  8:07-cv-899-T-30TBM**

**JACK HICKS STEEL FABRICATION &**
**ERECTION, INC.,**

      **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement (Dkt. #7) and Plaintiff's Notice

of Voluntary Dismissal (Dkt. #8).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed with prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on August 29, 2007.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-899.dismissal 8.wpd